UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BEATRICE VOIGHT,

    Plaintiff,

v.                                        Case No. 5:22-cv-547-JA-PRL

TENDER HEART KARE, LLC
and SHIANA DESANGES,

    Defendants.
_____

**ORDER**

This case is before the Court on the parties' Joint Motion to Approve Settlement and Dismiss Case with Prejudice (Doc. 20). The assigned United States Magistrate Judge has submitted a Report (Doc. 21) recommending that the motion be granted with a modification. Specifically, the Report recommends that the "Jurisdiction" provision at numbered paragraph 11 of the Settlement Agreement (Doc. 20-1 at 6) be stricken from the Agreement; that the Court find that the Agreement, as modified, is a fair and reasonable compromise of Plaintiff's FLSA claim; and that the case be dismissed with prejudice. No party has filed an objection to the Report, and the time for filing objections has passed.

After review of the record, and noting that no objections have been filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The parties' Joint Motion to Approve Settlement and Dismiss Case with Prejudice (Doc. 20) is **GRANTED**. The "Jurisdiction" provision in numbered paragraph 11 of the Settlement Agreement (Doc. 20-1) is **STRICKEN** from the Agreement. The Court finds that the Agreement, as modified by the striking of paragraph 11, is a fair and reasonable compromise of Plaintiff's FLSA claim.

3. This case is **DISMISSED with prejudice.**

4. The Clerk is directed to close the case.

**DONE** and **ORDERED** on September 26, 2023.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record

2